**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00547-CV

## IN THE INTEREST OF K.V.K, A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

On May 6, 2015, appellant Mother filed in this Court an affidavit of indigence, a copy of which was sent to the trial court. Subsequently, appellee Father filed the attached contest. The trial court's online docket sheet reflects Father filed in the trial court a separate contest to the same affidavit and a hearing on that contest is set May 21, 2015. Pursuant to Texas Rule of Appellate Procedure 20.1(h)(4), we refer the contest Father filed in this Court to the trial court and **ORDER** the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court, to consider this contest at the May 21st hearing. *See* TEX. R. APP. P. 20.1(h)(4). We further **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the order on the contests no later than June 1, 2015.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Lopez; Ms. Pitre; and counsel for all parties.

/s/    CRAIG STODDART
        JUSTICE